

# THE THIRTEENTH COURT OF APPEALS

13-13-00454-CR

SAMANTHA GARZA
v.
THE STATE OF TEXAS

On Appeal from the
105th District Court of Kleberg County, Texas
Trial Cause No. 12-CRF-0138

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on

appeal, concludes the appeal should be dismissed. The Court orders the appeal

DISMISSED FOR WANT OF JURISDICTION in accordance with its opinion. Costs of

the appeal are adjudged against appellant.

We further order this decision certified below for observance.

April 3, 2014